Robert J. Drexler (SBN 119119)
Robert.Drexler@capstonelawyers.com
Stan Karas (SBN 222402)
Stan.Karas@capstonelawyers.com
Katherine Kehr (SBN 226559)
Katherine.Kehr@capstonelawyers.com
Jonathan Lee (SBN 267146)
Jonathan.Lee@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:    (310) 943-0396

Attorneys for Plaintiffs Alison Macias
and Justin Quan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON MACIAS, JUSTIN QUAN, individually as aggrieved employees and private attorneys general, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RECREATIONAL EQUIPMENT, INC., a Washington corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  5:14-cv-00300-PSG<br><br>Assigned to the Hon. Paul Singh Grewal<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:    May 5, 2015<br>Time:    10:00 a.m.<br>Place:   Courtroom 5 |

**ORDER**

On May 5, 2015, this Court conducted a hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (the "Motion"). Having considered the Motion and the points and authorities and declaration submitted in support of the Motion, including the Stipulation and Agreement of Compromise and Settlement ("Settlement Agreement" or "Settlement") and exhibits, and **GOOD CAUSE** appearing, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, subject to the following findings and orders:

1. This Order incorporates by reference the definitions in the Settlement Agreement, and all terms defined therein shall have the same meaning as set forth in the Settlement Agreement.

2. The Settlement Class shall be conditionally certified for settlement purposes only and shall consist of all persons employed in California by any of the Released Parties in a California REI store in an hourly, non-exempt position at any time between November 21, 2009 and October 31, 2014.

3. The class action settlement set forth in the Settlement Agreement, entered into among the Parties and their counsel, is preliminarily approved as it appears to be proper, to fall within the range of reasonableness, to be the product of arm's-length and informed negotiations, to treat all Class Members fairly, and to be presumptively valid, subject only to any objections that may be raised at or before the final approval hearing. The Court further finds that Plaintiffs' counsel conducted extensive investigation and research, and that they were able to reasonably evaluate Plaintiffs' position and the strengths and weaknesses of their claims and the ability to certify them. Plaintiffs have provided the Court with enough information about the nature and magnitude of the claims being settled, as well as the impediments to recovery, to make an independent assessment of the reasonableness of the terms to which the parties have agreed.

4. The Court also finds that settlement now will avoid additional and potentially substantial litigation costs, as well as delay and risks if the Parties were to

continue to litigate the Action.

5. The Court preliminarily approves the Settlement Agreement, including all the terms and conditions set forth therein and the Maximum Settlement Amount and allocation of payments.

6. The rights of any potential dissenters to the proposed Settlement are adequately protected in that they may exclude themselves from the Settlement and proceed with any alleged claims they may have against Defendant, or they may object to the Settlement and appear before this Court. However, to do so they must follow the procedures outlined in the Settlement Agreement and Notice of Class Action Settlement. Failure to follow the procedures outlined in the Settlement Agreement and Notice of Class Action Settlement for making objections shall result in waiver and the objector shall be forever foreclosed from challenging any of the terms of the Settlement.

7. The Court approves, as to form and content, the proposed Notice of Class Action Settlement and Claim Form ("Notice Packet").

8. The Court directs the mailing, by First-Class U.S. mail, of the Notice Packets to Class Members in accordance with the schedule set forth below and the other procedures described in the Settlement Agreement. The Court finds that the method selected for communicating the preliminary approval of the Settlement Agreement to Class Members is the best notice practicable under the circumstances, constitutes due and sufficient notice to all persons entitled to notice, and thereby satisfies due process.

9. The named Plaintiffs Alison Macias and Justin Quan are suitable class representatives and are appointed Class Representatives for the Settlement Class conditionally certified by this Order.

10. The Court appoints Capstone Law APC as Class Counsel. The Court finds that counsel have demonstrable experience litigating, certifying, and settling class actions, and will serve as adequate counsel for the Class conditionally certified by this Order.

11. The Court approves and appoints Gilardi & Co. LLC as the Claims

Administrator.

12. The following dates shall govern for purposes of this Settlement:

| Date | Event |
|---|---|
| May 26, 2015 (or not later than 20 calendar days after the Court grants preliminary approval of the Settlement Agreement, if later) | Last day for Defendant to produce the class list to the Claims Administrator. |
| June 10, 2015 (or not later than 15 calendar days after the Defendant produces the class list, if later) | Last day for the Claims Administrator to mail Notice Packets to all Class Members. |
| July 10, 2015 (or not later than 30 calendar days after the Claims Administrator mails the Notice Packets, if later) | Last day for the Claims Administrator to mail postcard reminders to non-responsive Class Members. |
| July 31, 2015 | Last day for Class Counsel to file the Motion for Attorneys' Fees, Costs, and Class Representative Incentive Awards. |
| August 10, 2015 (or not later than 60 calendar days after the Claims Administrator mails the Notice Packets, if later) | Last day for Class Members to submit Claim Forms, Requests for Exclusion, or Objections to the Settlement. |
| August 28, 2015 | Last day for Plaintiffs to file the Motion for Final Approval of Class Action Settlement. |
| September 29, 2015 | Last day for Parties to file Responses to Objections, if any |
| October 6, 2015 at 10:00 a.m. | Hearing on Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs and Class Representative Incentive Awards. |

The Court expressly reserves the right to continue or adjourn the final approval hearing for time to time without further notice to the Class Members.

**IT IS SO ORDERED.**

Dated: May 5, 2015

_Paul S. Grewal_
Hon. Paul Singh Grewal
United States Magistrate Judge