Robert J. Drexler (SBN 119119)
Robert.Drexler@capstonelawyers.com
Stan Karas (SBN 222402)
Stan.Karas@capstonelawyers.com
Katherine W. Kehr (SBN 226559)
Katherine.Kehr@capstonelawyers.com
Jonathan Lee (SBN 267146)
Jonathan.Lee@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:    (310) 556-4811
Facsimile:     (310) 943-0396

Attorneys for Plaintiffs Alison Macias
and Justin Quan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON MACIAS, JUSTIN QUAN, individually as aggrieved employees and private attorneys general, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RECREATIONAL EQUIPMENT, INC., a Washington corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:14-cv-00300-PSG<br><br>Assigned to the Hon. Paul Singh Grewal<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES, AND CLASS REPRESENTATIVE INCENTIVE AWARDS**<br><br>Date:    October 6, 2015<br>Time:    10:00 a.m.<br>Place:   Courtroom 5 |

# ORDER

On October 6, 2015, at 10:00 a.m., this Court conducted a hearing on Plaintiffs' Motion for Attorneys' Fees, Costs and Expenses, and Class Representative Incentive Awards. Having carefully considered the papers, evidence, and arguments presented, the Court finds and orders as follows:

1. The Court finds that the requested award of attorneys' fees in the amount of 26% of the common fund created by the settlement is reasonable for a contingency fee in a class action such as this. *See Van Vranken v. Atlantic Richfield Co.*, 901 F. Supp. 294, 297 (N.D. Cal. 1995) ("the cases . . . in which high percentages such as 30-50 percent of the fund were awarded involved relatively smaller funds of less than $10 million"). Plaintiffs have also provided sufficient evidence to establish that the award is reasonable in light of their lodestar/multiplier cross-check. Additionally, evidence submitted by Plaintiffs demonstrates that the requested costs and expenses of $15,000 are fair and reasonable.

2. The Court accordingly awards a total of $637,000 in attorneys' fees and $15,000 in costs and expenses to Plaintiffs' counsel, Capstone Law APC.

3. The Court awards Class Representative Incentive Awards of $5,000, each, to Plaintiffs Alison Macias and Justin Quan.

**IT IS SO ORDERED.**

Dated: 10/6/2015

Hon. Paul Singh Grewal
United States Ó ci kɯtcʏɡ Judge